NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD., VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA FRANCE S.A.S.,**

*Plaintiffs-Appellees*

**v.**

**LUPIN ATLANTIS HOLDINGS SA,**

*Defendant*

**TEVA PHARMACEUTICALS USA, INC.,**

*Defendant-Appellant*

---

2022-2253

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00390-MN, Judge Maryellen Noreika.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      VIFOR FRESENIUS MEDICAL CARE RENAL PHARMA LTD. V.
LUPIN ATLANTIS HOLDINGS SA

(2)  Each side shall bear their own costs.

FOR THE COURT

February 7, 2023
      Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** February 7, 2023